UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CRIMINAL ACTION NO. 1:15-CR-00004-GNS-1

UNITED STATES OF AMERICA                                              PLAINTIFF

v.

JASON BORDEN                                                          DEFENDANT

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendant Jason Borden's Prisoner Application to Proceed Without Prepayment of Fees and Affidavit. (Def.'s Prisoner Appl. to Proceed Without Prepayment of Fees and Aff., DN 149 [hereinafter Def.'s Mot.]). For the reasons stated herein, the motion is **DENIED**.

### I.     BACKGROUND

On February 20, 2015, the Court appointed Assistant Federal Defender Patrick Bouldin to represent Defendant Jason Borden ("Borden"). On September 10, 2015, Borden filed the first of several *pro se* motions. (DN 121, 122, 128, 129, 130, 132, 137). On September 11, 2015, the Court appointed CJA Panel Attorney Steve Lamb ("Lamb") as Borden's new counsel. (Order, DN 120). Following notification from Lamb that he was unable to serve as Borden's attorney, the Court appointed Cullen Gault as Borden's new counsel. (Order, DN 124). On October 26, 2015, the Court struck Borden's *pro se* motions from the record, noting that he has appointed counsel and that appointed counsel "is permitted to refile any of those motions on Defendant's behalf." (Order, DN 138).

On December 22, 2015, Borden filed a notice that he would appeal the Court's October 26, 2015 Order. (Def.'s Mot. for Notice of Appeal "Document 138", DN 146). The next day, Deputy Clerk C. Russell mailed Borden a Notice of Deficiency, notifying him that he must either pay the $505.00 filing fee in full or file a motion to proceed *in forma pauperis*. (Notice of Deficiency, DN 147). On January 25, 2016, Borden filed the instant motion.

## II. DISCUSSION

The Court may allow an indigent defendant to proceed *in forma pauperis*, *i.e.*, without prepayment of fees, provided that such person provide an affidavit disclosing his or her assets with a statement that the person is unable to pay the fees. 28 U.S.C. § 1915(a)(1). In order to proceed *in forma pauperis* on appeal, the affidavit must also contain a statement of the issues "that the party intends to present on appeal." Fed. R. App. P. 24(a)(1)(c). Under this additional requirement, the Court must also ascertain the merits of the appeal. *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

In this case, Borden has not included in his application a statement of the issues he intends to pursue on appeal. (Def.'s Mot.). Accordingly, he is not in compliance with Federal Rule of Appellate Procedure 24, and his motion must be denied.

## III. CONCLUSION

For the foregoing reasons, **IT IS HEREBY ORDERED** that Borden's Prisoner Application to Proceed Without Prepayment of Fees and Affidavit (DN 149) is **DENIED**.

**Borden must either pay the $505.00 appellate filing fee to the Clerk of the District Court within 30 days of entry of this Order or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Sixth Circuit within 30 days after service of this Order in accordance with Fed. R. App. P. 24(a)(5).** *See Kincade v. Sparkman*, 117 F.3d 949,

952 (6th Cir. 1997). Should Borden choose to pay the full $505.00 appellate filing fee rather than file a motion to proceed on appeal *in forma pauperis* in the United States Court of Appeals for the Sixth Circuit, payment must be made payable to **Clerk, U.S. District Court** and sent to the following address:

United States District Court
Western District of Kentucky
106 Gene Snyder Courthouse
601 West Broadway
Louisville, KY 40202

Failure to pay the $505.00 filing fee or to file an application to proceed on appeal *in forma pauperis* with the United States Court of Appeals for the Sixth Circuit within 30 days may result in dismissal of the appeal. A copy of this Order is being sent to the United States Court of Appeals for the Sixth Circuit. *See* Fed. R. App. P. 24(a)(4).

**Greg N. Stivers, Judge**
**United States District Court**
February 4, 2016

cc: counsel of record
Jason Borden *pro se*
Clerk, U.S. Court of Appeals for the Sixth Circuit

3